**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TUF-TITE, INC.,                )<br>                                           )<br>            Plaintiff,            )<br>                                           )     Civil Action No. 1:14-cv-02060<br>v.                                        )     Honorable John Z. Lee<br>                                           )     Magistrate Judge Sidney I. Schenkier<br>FEDERAL PACKAGE NETWORKS, INC.,  )<br>                                           )<br>            Defendant.          )<br>                                           ) | |

<u>STIPULATED DISMISSAL</u>

Plaintiff Tuf-Tite, Inc. and Defendant Federal Package Network, Inc., by and through their attorneys of record, notify the Court that they have reached a resolution of the disputes between them with respect to this lawsuit.

Pursuant to Rule 41(a)(1)(A)(ii) and 41(c), Plaintiff and Defendant do hereby agree and stipulate to the dismissal without prejudice of all claims and counterclaims asserted by either party in this action. The parties have agreed to bear their own costs, expenses, and attorney fees.

DATED: December 19, 2014                     Respectfully submitted,

/s/ Julianne M. Hartzell                                 /s/ Dennis C. Lee
Julianne M. Hartzell                                      Dennis C. Lee
Jeremy Kriegel                                              KATTEN MUCHIN ROSENMAN LLP
MARSHALL, GERSTEIN & BORUN LLP   525 W. Monroe Street
233 South Wacker Drive                              Chicago, IL 60661-3693
6300 Willis Tower                                         Telephone: (312) 902-5574
Chicago, IL 60606-6357                               Facsimile: (312) 902-1061
Telephone: (312) 474-6300                          dennis.lee@kattenlaw.com
Facsimile: (312) 474-0448
jhartzell@marshallip.com

*Attorneys for Plaintiff Tuf-Tite, Inc.*

Theodore A. Breiner
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, VA 22314
Telephone: (703) 684-6885
Facsimile: (703) 684-8206
tbreiner@bbpatlaw.com

*Attorneys for Defendant/Counter-Plaintiff*
*Federal Package Network, Inc.*